IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHANNAN MOORE                                                                                         PLAINTIFF
*On behalf of*
A MINOR CHILD, C.J.C.

vs.                                              Civil No. 6:08-cv-06033

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                                      DEFENDANT

## JUDGMENT

Comes now the Court on this the 28th day of September, 2009, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                       /s/  Barry A. Bryant
                                                                       HON. BARRY A. BRYANT
                                                                       U. S. MAGISTRATE JUDGE